# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  06-cv-00422-WDM-CBS** | FTR - Reporter Deck, Crtrm A402 |
| **Date: October  03,  2006** | Courtroom Deputy,  Ellen E. Miller |

| | |
|---|---|
| SYLVIA   POOL | David M.  Larson     (by telephone) |
| **Plaintiff(s),** v. | |
| I.C.  SYSTEM, INC., | Tatiana Taylor     (by telephone) |
| **Defendant(s)** | |

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING:   TELEPHONIC  DISCOVERY  CONFERENCE**
**Court in Session:**   10:53   a.m.
Court calls case.  Telephonic appearance of counsel.

Discussion is held regarding the parties request for additional time to resolve the subpoenaed production of telephone records by the Defendant's  third party vendors.

**It is ORDERED:**   DISCOVERY CUTOFF   for the purpose of obtaining telephone records of calls   from Defendant to Plaintiff   is   extended to   **NOVEMBER 01, 2006.**

Discussion is held regarding Plaintiff's request to obtain a copy of the Defendant's  policies which were in effect during the relevant time period.   It is anticipated Ms. Taylor will produce the "older" policies.

Discussion is held regarding Defendant's desire to have an IME conducted on the Plaintiff.  Counsel are to continue these discussions.      It is anticipated Ms. Taylor will file a Motion requesting an IME.

The parties will discuss whether a Settlement Conference would be productive.  Counsel, in a conference call,  will contact chambers (303) 844-2117   if they determine a Settlement Conference would be beneficial.

HEARING CONCLUDES.    **Court in recess:**  11:29   a.m.    Total In-Court Time:    00:36