IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01778-WDM-MJW

TRUSTEES OF THE CARPENTERS' AND MILLWRIGHTS' HEALTH BENEFIT TRUST FUND,
TRUSTEES OF THE CENTENNIAL STATE CARPENTERS' PENSION TRUST FUND ANNUITY PLAN,
TRUSTEES OF THE CENTENNIAL STATE CARPENTERS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CARPENTERS' AND MILLWRIGHTS' VACATION TRUST FUND, and
TRUSTEES OF THE COLORADO CARPENTERS' JOINT APPRENTICESHIP TRUST FUND,

Plaintiffs,

v.

WILLIAM R. MONTGOMERY & ASSOCIATES, INC., a/k/a WM. R. MONTGOMERY & ASSOCIATES, INC., a Missouri corporation,

Defendant.

---

**ORDER GRANTING MOTION TO VACATE OCTOBER 25, 2006 SCHEDULING CONFERENCE**
(Docket No. 8)

---

THIS MATTER comes before the Court upon Plaintiffs' Motion to Vacate October 25, 2006 Scheduling Conference. The Court having reviewed the foregoing:

HEREBY ORDERS that Plaintiffs' Motion to Vacate October 25, 2006 Scheduling Conference is GRANTED. The Scheduling Conference set for October 25, 2006 at 8:30 a.m. is hereby vacated. The plaintiffs' have filed a motion for Default Judgment Against Defendant (Docket No 9).

MJW 10-3-06

DATED this 3rd day of October, 2006.

BY THE COURT:

~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO